**Dr. Roland ONAWOLA,**
**Plaintiff–Appellant,**

v.

**JOHNS HOPKINS UNIVERSITY; The Johns Hopkins University Board of Trustees; Dr. Jonathan Samet; Dr. Kathy Helzlsouer; Dr. George Comstock; Dr. Rosa Crum; Dr. Taha Taha, Defendants–Appellees,**

and

**Raymond A. Mason, Chair, JHU Trustees; C. Michael Armstrong, Vice Chair, JHU Trustees; Ernest A. Bates, Vice Chair, JHU Trustees; George L.**

212

Bunting, Jr., Vice Chair, JHU Trustees; William R. Brody; Ray Gilliam; Kevin McDonald; Alfred Sommer; Patricia Germain; Genevieve Matanoski; Leon Gordis; Margaret Ensminger; Francis Burman; John Does 1 Through 20, Defendants.

No. 06–1294.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2007.

Decided: March 13, 2007.

Roland Onawola, Appellant Pro Se. Philip Shams Roberts, Johns Hopkins University, Baltimore, Maryland, for Appellees.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roland Onawola appeals the district court's order entering judgment for Defendants in this action alleging breach of contract and discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Onawola v. Johns Hopkins Univ.*, 412 F.Supp.2d 529 (D.Md.2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*